UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21724-CIV-ALTONAGA/Brown

**POINTPAY INTERNATIONAL, INC.,**

    Plaintiff,
vs.

**INGENICO,**

    Defendant.
_____/

## ORDER OF RECUSAL

Because the undersigned's husband is a partner with the law firm of Holland & Knight, counsel for Plaintiff, the undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with Title 28, U.S.C. § 455 and Local Rule 5.2, for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of January, 2009.

                                                  CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record

CASE NO. 08-21724-CIV-ALTONAGA/Brown

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** _Patricia A. Seitz_

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

_08-21724-CIV-Seitz_

**BY ORDER** of the Court this 8th day of January, 2009.

STEVEN LARIMORE
Court Administrator